Argued and submitted September 14, affirmed October 10, 1990

STATE OF OREGON,
*Respondent,*

*v.*

DALE REGINALD SCOTT,
*Appellant.*

(89-02-30697; CA A62140)

798 P2d 268

Howard Clyman, West Linn, argued the cause and filed the brief for appellant.

Marianne Ghim, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Ann Kelley, Assistant Attorney General, Salem.

Before Joseph, Chief Judge, and Newman and Deits, Judges.

PER CURIAM

Affirmed. *State v. Clevenger,* 297 Or 234, 683 P2d 1360 (1984).